UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Kevin Mahoney | ) | |
|     Plaintiff | ) | |
| | ) | Civil Action |
| v. | ) | No. 1:06-cv-10450-RWZ |
| | ) | |
| Deere & Company, Inc., | ) | |
|     Defendant | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

NOW COME each of the parties, by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal of this action with prejudice and without costs.

Dated: February 7, 2008

/s/ Martha C. Gaythwaite
Harold J. Friedman
Martha C. Gaythwaite
Attorneys for Defendant Deere & Company
FRIEDMAN GAYTHWAITE WOLF & LEAVITT
Six City Center
P.O. Box 4726
Portland, ME  04112-4726
(207) 761-0900

/s/ William J. Doyle, Jr.
William J. Doyle, Jr.
LEAVIS AND REST, P.C.
83 Central Street
Boston, MA  02109
(617) 742-1700